FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 4 2021

JAMES W. McCORMACK, CLERK

_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| MID SOUTH REHAB OUTPATIENT CLINIC, LLC | PLAINTIFF |
| v. | CASE NO. 4:20-cv-688-JM |
| COMMUNITY COMPASSION CENTER OF BATESVILLE, COMMUNITY COMPASSION CENTER OF WEST MEMPHIS, COMMUNITY COMPASSION CENTER OF JONESBORO, COMMUNITY COMPASSION CENTER OF MAGNOLIA, COMMUNITY COMPASSION CENTER OF NASHVILLE, COMMUNITY COMPASSION CENTER OF SEARCY, COMMUNITY COMPASSION CENTER OF ARKANSAS | DEFENDANTS |

## AGREED FINAL JUDGMENT

**THIS CAUSE** has come before the Court on the Joint Motion [43] of Plaintiff and Defendants for the entry of an Agreed Final Judgment in accordance with the terms set forth below. Considering the submission of the parties, as well as the fact that this Agreed Final Judgment has been consented to by all parties and that all parties are represented by counsel, the Court hereby FINDS AS FOLLOWS:

1. This Court has subject matter jurisdiction over this matter.

2. This Court has personal jurisdiction over the parties.

3. Venue is proper in this Court.

4. The Court finds that this Agreed Final Judgment is well taken and should be entered.

THEREFORE, IT IS ORDERED that Final judgment is hereby granted on the following terms:

A. Judgment shall be entered against the following entities in the specified amounts for amounts contractually due and payable to the Plaintiff, Mid South Rehab Outpatient Clinic, LLC, for the provision of rehabilitation services:

| | |
|---|---|
| Community Compassion Center of Batesville: | $65,039.58 |
| Community Compassion Center of West Memphis: | $87,839.88 |
| Community Compassion Center of Jonesboro: | $61,464.17 |
| Community Compassion Center of Magnolia: | $36,366.38 |
| Community Compassion Center of Nashville: | $34,835.27 |
| Community Compassion Center of Searcy: | $82,333.25 |

B. In addition to the amounts specified in Section A, the Plaintiff, Mid South Rehab Outpatient Clinic, LLC shall also be entitled to judgment against each of the six (6) listed entities as it relates to the judgment against each for (i) pre-judgment and post-judgment interest at the contractual rate of seventeen percent (17%) per annum until the amounts awarded herein are paid in full; and (ii) cost and expenses, including attorney's fees, in an amount to be determined by separate motion following entry of this Agreed Final Judgment.

C. The claim asserted in the Complaint against Community Compassion Center of Arkansas is DISMISSED, without prejudice.

IT IS SO ORDERED, this the 14 day of JUNE, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

**AGREED**:

| | |
|---|---|
| FRIDAY, ELDREDGE & CLARK, LLP<br>400 West Capitol Ave., Suite 2000<br>Little Rock, AR 72201 | ELLIS LAW, PLLC<br>119 Harper Street<br>Ridgeland, MS 39157 |
| *Attorney for the Defendants* | *Attorney for the Plaintiff* |
| By: *Bruce B. Tidwell*<br>Bruce B. Tidwell (AR Bar No. 96115)<br>E-Mail: btidwell@fridayfirm.com<br>Direct Phone: (501) 370-1496 | By: *Paul M. Ellis*<br>Paul M. Ellis (MS Bar No. 102259)<br>E-Mail: paul.ellis@ellislawfirm.com<br>Phone: (601) 259-4400 |